UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA R. LITTLE and<br>JOHN M. LITTLE, JR., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:22-cv-00888-JRS-DLP<br>) |
| COLOPLAST CORP., COLOPLAST<br>MANUFACTURING US, LLC, and<br>MICHAEL H. HEIT, M.D., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**PLAINTIFFS' MOTION FOR AN EXPEDITED BRIEFING SCHEDULE WITH PLAINTIFF WAIVING REPLY, EXPEDITED HEARING, AND RESCHEDULING OF <u>INITIAL PRETRIAL CONFERENCE</u>**

NOW COME Plaintiffs, Melissa and John Little, through their undersigned counsel, and submit this Motion for an Expedited Briefing Schedule With Plaintiff Waiving Reply, Expedited Hearing, and Rescheduling of Initial Pretrial Conference:

1. Plaintiffs filed their Motion to Remand on May 13, 2022. ECF No. 20. This Motion is filed not so much to ask that the 14 days for Coloplast to file a response brief be shortened, but to inform the Court that Plaintiffs will not file a Reply brief in their attempt to expedite this matter. We request that should this Court find a hearing is necessary to rule on the motion to remand, and Plaintiffs do not ask for a hearing, that it be held on an expedited basis. Further, we ask that the Court expedite its ruling on this matter so Plaintiffs can maintain a December 2022 trial date in state court. While this seemingly is a long way off, it is not due to the complexity of this litigation and the state court docket.

1

2. This case has been on file for almost three years pending in the Marion County Superior Court 1.

3. Subject matter jurisdiction does not exist in this Court because of the presence of the diversity destroying local defendant, Michael H. Heit, M.D.

4. Coloplast first obtained from the state court a continuance of the October 2021 trial date, and then was unable to obtain a continuance beyond June 2022, from the state court, so they filed a baseless notice of removal to divest the state court of jurisdiction and by operation of law what amounts to a continuance of the June 2022, trial date. The state court had no choice but to vacate the June trial date. ECF No. 13-1. The court did not vacate the December 5, 2022, trial date. ECF No. 13-1 at 1; ECF No. 6-5 at 809.

5. This is complex litigation. It mirrors a product liability case against Coloplast in the Northern District of Indiana. *Martinez v. Coloplast*, 2:18-cv-00220 (NDIN). Both *Martinez* and this case are product liability cases that concern Restorelle transabdominal meshes for pelvic organ prolapse repair.

6. The state court noted there were a lot of *motions in limine* and designated deposition testimony, which she spent three days going through and it's a lot. The court did not have the luxury federal judges have, as her staff is not trained to review motions and Judge Welch has to do it herself. She has 20 items under advisement with cases that are going to take a long time to complete. It will take her at least 2 weeks to go through the deposition designations and objections and figure out how to get the work finished.[1]

---

[1] These comments were made during the April 26, 2022, hearing. (nine minutes to nine minutes forty five seconds of audio tape);
 https://marioncounty-
.trxchange.net/index.php?route=account/order_player&order_id=20900&email=lcausey%40sali

7.      This case was within a week of proceeding to trial when Judge Rodovich in *Martinez*, *sua sponte*, continued the trial indefinitely. *Ex.* A, Rodovich Order Continuing Trial, 3/24/2022. When the court continued the trial, there were motions in limine filed by the parties not yet ruled on, just like in *Little* the pending motions in limine have not been ruled on. In *Martinez*, one motion in limine, to exclude evidence about the FDA, had been ruled on, but that motion has not been ruled on in *Little*. Further, while in *Martinez* all *Daubert* motions about experts had been ruled on, in *Little* the state court has not yet ruled on eight motions to exclude expert testimony. ECF No. 22, at 2, fns. 4-5.

8.      In *Martinez*, objections by Coloplast to the designated deposition testimony of two witnesses had been ruled on, only to be subject to Coloplast filing a motion for limited reconsideration of those rulings, shortly before the *Martinez* court continued that trial. There are about 24 depositions that need to be ruled on in both *Martinez* and *Little*, but the state court in *Little* has not set a schedule for designating deposition testimony. *Martinez v. Coloplast*, 2:18-cv-00220 (NDIN), ECF No. 272 and 280. Plaintiff has provided to Coloplast testimony it has designated for about 20 witnesses, and 26 deposition transcripts. There are a plethora of objections by Coloplast to the designated deposition testimony.[2] ECF No. 6-6, at 285.

9.      As can be seen, there is a lot that needs to be done by the trial judge here should this case be remanded. Plaintiffs do not feel that it is even a close call that the case should be remanded. Consequently, we ask that the Court expeditiously rule on this matter so the Plaintiffs can keep the December 5, 2022, trial date in state court. Until such time as this Court rules on the motion to

---

m-beasley.com. Plaintiffs are waiting on an order for the transcripts of these hearings and when obtained will provide them to the Court for the page references.

[2]  *See, e.g.*, Klous, designated deposition testimony on three dates, 336 questions, 199 objections (60%) and Carrick, 177 questions, 81 objections (46%).

remand, we ask that the parties be allowed to hold off on submitting the required proposed case management plan in advance of the initial pretrial conference. ECF No. 19.

Wherefore, for the above reason, Plaintiffs request that this Motion be granted.

Date: May 16, 2022

Respectfully submitted,

/s/ Richard A. Cook

Richard A. Cook, #3996-45
YOSHA COOK & TISCH
9102 N. Meridian St., Ste. 535
Indianapolis, IN 46260
rcook@yoshalaw.com

Thomas O. Plouff
Costello, McMahon, Gilbreth & Murphy, Ltd.
150 N. Wacker Drive, Ste. 3050
Chicago, IL 60606
(312)541-9700
tplouff@costellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's ECF. Parties may access this filing through the Court's system.

**Aaron Parks**
KING & SPALDING LLP
1180 Peachtree St. NE, Suite 1600
Atlanta, GA
404-572-4940

**Kristopher N. Kazmierczak**
KATZ KORIN CUNNINGHAM, P.C.

The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
(317) 464-1100
Fax: (317) 464-1111
Email: kkaz@kkclegal.com

**Lisa H. Shub**
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2013

**Melvin D Bailey**
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2013

**Phillip R. Green**
KING & SPALDING LLP
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
404-572-4940

**Robert Woo**
KING & SPALDING LLP
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309
404-572-4940

**Sally F. Zweig**
KATZ KORIN CUNNINGHAM, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
(317)464-1100
Fax: (317)464-1111
Email: szweig@kkclegal.com

**Val Leppert**
KING & SPALDING LLP
1180 Peachtree St. NE, Suite 1600

Atlanta, GA 30309
404-572-4940

**William Edward Steimle**
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
415-318-1200
Fax: 415-318-1300


**Zachary C Burnett**
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
512-457-2013


**Mary M. Ruth Feldhake**
BOSE MCKINNEY & EVANS, LLP (Indianapolis)
111 Monument Circle
Suite 2700
Indianapolis, IN 46204
(317) 684-5132
Fax: (317) 639-5232
Email: mfeldhake@boselaw.com

/s/ Richard A. Cook

Richard A. Cook


/s/ Thomas O. Plouff

Thomas O. Plouff