Acknowledged. JRS, DJ, 9/19/22.

Distribution to all counsel of record via CM/ECF.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MELISSA LITTLE and JOHN LITTLE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case: 1:22-cv-00888-JLS-DLP |
| | ) |
| COLOPLAST CORP.; COLOPLAST MANUFACTURING US, LLC; and MICHAEL H. HEIT, M.D. | ) ) ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO COLOPLAST DEFENDANTS ONLY

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Melissa Little and John Little and Defendants Coloplast Corp. and Coloplast Manufacturing US, LLC (together, the "Coloplast Defendants") by and through their undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of all claims of Plaintiffs Melissa Little and John Little that were or could have been asserted in this action against the Coloplast Defendants only, with each party to bear its own costs and fees. Plaintiffs' claims against any other defendants are still active and are not affected by this stipulation.

Dated: September 16, 2022                                    Respectfully submitted,

*/s/ Thomas O. Plouff*                                              */s/ Aaron D. Parks*
Thomas O. Plouff                                                Aaron D. Parks, *Pro Hac Vice*
Costello, McMahon, Gilbreth & Murphy, Ltd.                      Robert K. Woo, Jr., *Pro Hac Vice*
150 N. Wacker Drive, Ste. 3050                                  KING & SPALDING LLP - ATL/GA
Chicago, IL 60606                                               1180 Peachtree St NE
(312)541-9700                                                   Atlanta, GA  30309-3521
tplouff@costellaw.com                                           P: 404-572-2706; F: 404-572-5100
                                                                aparks@kslaw.com
Lisa Causey-Streete                                             bwoo@kslaw.com
SALIM-BEASLEY, LLC
1901 Texas Street                                               Sally Franklin Zweig, No. 11367-49
Natchitoches, LA 71457                                          Kristopher N. Kazmierczak, No. 19430-49
Tel : (318) 238-1826                                            KATZ KORIN CUNNINGHAM, PC
Fax : (318) 354-1227                                            334 North Senate Avenue
Email : lcausey@salim-beasley.com                               Indianapolis, Indiana 46204
                                                                P: (317) 464-1100; F: (317) 464-1111
                                                                szweig@kkclegal.com
                                                                kkaz@kkclegal.com

*Attorney for Plaintiffs Melissa and
John Little*

                                                                *Attorneys for Defendants Coloplast Corp. and
                                                                Coloplast Manufacturing US, LLC*