UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA R. LITTLE, <br> JOHN M. LITTLE, <br>           Plaintiffs, <br> v. <br> MICHAEL H. HEIT, <br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:22-cv-00888-JRS-DLP <br> ) <br> ) <br> ) <br> ) |

**Order on Motion to Remand**

This was a pelvic mesh products liability case with ancillary malpractice claims against the doctor who implanted the mesh. The case was filed in Indiana state court; the pelvic mesh manufacturer, Coloplast Corp., removed to this Court despite incomplete diversity between the parties, arguing that the non-diverse defendant, Dr. Heit, was fraudulently joined. (ECF No. 43.) Before the Court could rule on a motion to remand, the Littles and Coloplast settled and stipulated to dismissal. (ECF No. 70.) The only remaining defendant is Dr. Heit, who, like the Littles, was a citizen of Indiana at the time of removal. (*See* Notice of Removal, ECF No. 1; Pls.' Compl., ECF No. 7-1.) *Perez v. K & B Transportation, Inc.*, 967 F.3d 651, 654 (7th Cir. 2020) (diversity of citizenship determined at time of removal). Now before the Court is the Littles' Amended Motion to Remand. (ECF No. 69.)

The removal statute provides, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). The remaining claims are state law malpractice claims, so there

is no federal question jurisdiction under 28 U.S.C. § 1331. And, because the case is between those who were Indiana citizens at time of removal, there is no diversity jurisdiction under 28 U.S.C. § 1332. This Court therefore lacks subject matter jurisdiction over the case and must remand it.

The Littles' Amended Motion to Remand, (ECF No. 69), is **granted.** This case is **remanded** to the Marion Superior Court No. 1, Marion County, Indiana, where it bore Cause No. 49D01-1906-CT-23475. That court may proceed. 28 U.S.C. § 1447(c).

**SO ORDERED.**

Date: 11/18/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution by CM/ECF to registered counsel of record.